David A. BARDES, individually as a taxpayer; and as next friend of his two minor children DAB and APB, Plaintiff—Appellant,

v.

John M. MAGERA, individually and in his official capacity as State's Attorney for South Carolina Department of Social Services; South Carolina, State of; Charleston County South Carolina; County Council of Charleston South Carolina; Kathleen M. Hayes, in her official capacity as the South Carolina Department of Social Services State Director; James A. Cannon, Jr., individually and in his official capacity as Sheriff of Charleston County South Carolina; Correct Care Solutions, LLC; R. Wright Turbeville, individually and in his official capacity as a Judge of the State of South Carolina; Jocelyn B. Cate, individually and in her official capacity as a Judge of the State of South Carolina; Paul W. Garfinkel, individually and in his official capacity as a Judge of the State of South Carolina; Julie J. Armstrong, individually and in her official capacity as Clerk of the Courts for the Charleston Judicial Center; Wishart Norris Henninger and Pittman PA; Wade Harrison, individually and in his official capacity as officer within any court of law, Defendants—Appellees.

No. 10–1944.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 3, 2010.

David A. Bardes, Appellant Pro Se. Stephanie Pendarvis McDonald, Senn, McDonald & Leinback, LLC, Charleston, South Carolina; Amanda R. Maybank, Maybank Law Firm, LLC, Charleston, South Carolina; Pamela Suzanne Duffy,

Molly Anne Whitlatch, Wishart, Norris, Henninger & Pittman, PA, Burlington, North Carolina, for Appellees.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bardes appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Bardes' motion to stay the appeal and affirm for the reasons stated by the district court. *Bardes v. Magera*, No. 2:08–cv–00487–PMD, 2009 WL 3163547 (D.S.C. Sept. 30, 2009) & 2010 WL 3169614 (Aug. 9, 2010). We further deny Bardes' motion for stay of the appeal pending the Supreme Court of the United States' decision in *Price v. Turner*, 387 S.C. 142, 691 S.E.2d 470 (2010), *vacated* —— U.S. ——, 131 S.Ct. 504, 178 L.Ed.2d 369 (2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*